**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**JASON SCHAUMLEFFEL,**

    **Plaintiff,**

                                                                      **Civil Action 2:17-cv-463**
**v.**                                                     **Judge George C. Smith**
                                                          **Magistrate Judge Jolson**

**MUSKINGUM UNIVERSITY, et al.,**

    **Defendants.**

## **ORDER**

This matter is before the Court on the parties' Joint Motion to Vacate Preliminary Pretrial Conference. (Doc. 30). For good cause shown, the Motion is **GRANTED**. Accordingly, the Preliminary Pretrial Conference currently scheduled for August 23, 2017 (Doc. 20), is hereby **VACATED** and **CONTINUED** until after the Court has ruled on all Defendants' motions to dismiss.

    IT IS SO ORDERED.


Date: August 17, 2017                                    /s/ Kimberly A. Jolson
                                                                   KIMBERLY A. JOLSON
                                                                   UNITED STATES MAGISTRATE JUDGE