# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

JASON SCHAUMLEFFEL,

      Plaintiff,

-v-

                                      Case No. 2:17-cv-463
                                      JUDGE GEORGE C. SMITH
                                      Magistrate Judge Jolson

MUSKINGUM UNIVERSITY, *et al.*,

      Defendants.

## ORDER

      Plaintiff Jason Schaumleffel moved to dismiss Defendant/Counterclaim Plaintiff Macey Zambori's Counterclaim Complaint against him on April 30, 2018.  (Doc. 52).  Plaintiff also filed an Answer to the Counterclaim on May 21, 2018.  (Doc. 55).  Plaintiff then filed a Notice with the Court on June 5, 2018, stating that he was withdrawing his Motion to Dismiss Defendant Zambori's Counterclaim.  (Doc. 56).  Plaintiff has filed an Answer, rending the Motion to Dismiss moot.

      Therefore, Plaintiff's Motion to Dismiss is **MOOT**.  The Clerk shall remove Document 52 from the Court's pending motions list.

      **IT IS SO ORDERED.**

                                                            */s/ George C. Smith*
                                                             **GEORGE C. SMITH, JUDGE**
                                                             **UNITED STATES DISTRICT COURT**