IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **JASON SCHAUMLEFFEL**, | * | |
|     Plaintiff, | * | Case No. 2:17-cv-463 |
| | * | |
| v. | * | Judge George Smith |
| | * | |
| **MUSKINGUM UNIVERSITY**, et al., | * | Magistrate Judge Kimberly Jolson |
|     Defendants | * | |
| | * | |

### Joint Motion To Stay Proceedings

Plaintiff Jason Schaumleffel, Defendant Muskingum University, Defendant Mackenzie Dickerson, Defendant Macey Zambori, and Defendant Mark Neal ("Parties") respectfully move and request that these proceedings be stayed and that a telephone status conference be set with the Magistrate Judge to discuss how to proceed with efforts to resolve this matter by agreement. Accordingly, the Parties move that all response due dates, including due dates for responses to any pending discovery requests and any pending motions, be stayed until after said status conference is conducted.

                                                                                                                                  Respectfully submitted,

| | |
|---|---|
| *Nelva J. Smith [via email authority]* | */s/ David T. Ball* |
| James H. Newberry, Jr. (pro hac vice) | Eric J. Rosenberg (Ohio Bar #0069958) |
| J. Kevin West (OH #0091520) | David T. Ball (Ohio Bar #0078885) |
| Nelva J. Smith (OH #0083594) | Rosenberg & Ball Co. LPA |
| STEPTOE & JOHNSON PLLC | 395 North Pearl Street |
| Huntington Center, Suite 2200 | Granville, OH 43023 |
| 41 South High Street | Telephone: (614) 316-8222 |
| Columbus, Ohio 43215 | Fax: (866) 498-0811 |
| T: (859) 219-8226 | E-mail: erosenberg@rosenbergball.com |
| jim.newberry@steptoe-johnson.com | dball@rosenbergball.com |
| jim.newberry@steptoe-johnson.com | *Attorneys for Plaintiff Jason Schaumleffel* |
| nelva.smith@steptoe-johnson.com | |
| *Attorneys for Defendant Muskingum University* | |

<div style="display: flex;">

<div>

*Carrie M. Lymanstall [via email authority]*
Shawn J. Organ (0042052)
Carrie M. Lymanstall (0084393)
Joshua M. Feasel (0090291)
Organ Cole LLP
1330 Dublin Road
Columbus, Ohio 43215
614.481.0904 (f)
sjorgan@organcole.com
cmlymanstall@organcole.com
jmfeasel@organcole.com
Ohio*Attorneys for Defendant Macey Zambori*

</div>

<div>

*Eleanor M. Hagan [via email authority]*
Aneca E. Lasley (0072366)
aneca.lasley@squirepb.com
Eleanor M. Hagan (0091852)
eleanor.hagan@squirepb.com
*(pro hac vice)*
Jordan O'Connell (0097126)
Jordan.oconnell@squirepb.com
SQUIRE PATTON BOGGS (US) LLP
2000 Huntington Center
41 South High Street Columbus,
Telephone: +1 614 365 2700
Facsimile: +1 614 365 2499
*Attorneys for Defendant Dickerson*

</div>

</div>

*Bartholomew T. Freeze [via email authority]*
Bartholomew T. Freeze (0086980)
FREUND FREEZE & ARNOLD
Capitol Square Office Building
65 E. State Street, Suite 800
Columbus, OH 43215-4247
P: (614) 827-7300;
F: (614) 827-7303
bfreeze@ffalaw.com
*Counsel for Defendant Mark K. Neal*

## CERTIFICATE OF SERVICE

I certify that on September 10, 2018, I filed this court filing with the Clerk of Court using the CM/ECF system which will send notification of the filing to all counsel of record.

/s/ David T. Ball
David T. Ball (Ohio Bar #0078885)