**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**JASON SCHAUMLEFFEL,**

      **Plaintiff,**

  vs.                                           **Civil Action 2:17-cv-463
Judge George C. Smith
Magistrate Judge Jolson**

**MUSKINGUM UNIVERSITY, et al.,**

      **Defendants.**

**ORDER**

    This case is referred to mediation before Magistrate Judge Mark R. Abel (ret.).  The mediation is scheduled for October 9, 2018 at 10:00 a.m.  The parties shall send position statements to Magistrate Judge Abel via email (abel.mark@gmail.com) by October 3, 2018.


 September 28, 2018                                                      s/Kimberly A. Jolson
                                                                             Kimberly A. Jolson
                                                                           United States Magistrate Judge