IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JASON SCHAUMLEFFEL,

      Plaintiff,

                                                            Civil Action 2:17-cv-463
     v.                                                Judge George C. Smith
                                                             Magistrate Judge Jolson

MUSKINGUM UNIVERSITY, et al.,

      Defendants.

## ORDER

This matter came before the Court on December 13, 2018, for a status conference. As discussed, the parties are DIRECTED to meet and confer regarding jurisdictional issues, an agreed protective order, and discovery going forward. The parties shall file a joint status report by January 11, 2019, detailing the results of their conferral process.

      IT IS SO ORDERED.


Date: December 13, 2018                                        /s/ Kimberly A. Jolson
                                                                KIMBERLY A. JOLSON
                                                                UNITED STATES MAGISTRATE JUDGE