# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| JASON SCHAUMLEFFEL, | ) | |
| Plaintiff, | ) | Case No. 2:17-cv-463 |
| v. | ) | |
| | ) | Judge Smith |
| MUSKINGUM UNIVERSITY, et al., | ) | |
| Defendants | ) | Magistrate Judge Jolson |

## JOINT STATUS REPORT

Pursuant to the Court's Order dated December 13, 2018 (Doc. 70), the parties hereby jointly file this Status Report detailing the results of their meet and confer process.

Due to unanticipated post-holiday schedule challenges, settlement discussions are not yet concluded between Plaintiff, Defendant Muskingum and Defendant Zambori. These parties anticipate that these discussions are likely to be resolved, one way or another, within the next two weeks. It is difficult for the parties to address the question of the court's jurisdiction at this time because the outcome of those discussions will likely impact the jurisdictional posture of the case.

As those settlement discussions are being wrapped up, the parties are in agreement on the following:

1. The parties have agreed upon the terms of a Stipulated Protective Order, which the parties intend to file by joint motion within the next week.

2. The parties would not object to the lifting of the stay on discovery.

3. Defendant Neal and Plaintiff jointly request that the stay on briefing of Defendant Neal's Motion for Judgment on the Pleadings remain in place until there is further clarity regarding whether the court will continue to have jurisdiction over this matter.

The parties respectfully submit this Report and commit to continuing to move the case along as described in this Report, and in anticipation of further guidance from the court.

Respectfully submitted,

/s/ J. Kevin West
James H. Newberry, Jr. (pro hac vice)
J. Kevin West (OH #0091520)
Nelva J. Smith (OH #0083594)
STEPTOE & JOHNSON PLLC
Huntington Center, Suite 2200
41 South High Street
Columbus, Ohio 43215
T: (859) 219-8226
F: (859) 255-6903
jim.newberry@steptoe-johnson.com
kevin.west@steptoe-johnson.com
nelva.smith@steptoe-johnson.com

*Attorneys for Defendant Muskingum University*

/s/ David T. Ball
Eric J. Rosenberg (Ohio Bar #0069958)
David T. Ball (Ohio Bar #0078885)
Rosenberg & Ball Co. LPA
395 North Pearl Street
Granville, OH 43023
Telephone: (614) 316-8222
Fax: (866) 498-0811
E-mail: erosenberg@rosenbergball.com
dball@rosenbergball.com

*Attorneys for Plaintiff Jason Schaumleffel*

/s/ Carrie M. Lymanstall
Shawn J. Organ (0042052)
Carrie M. Lymanstall (0084393)
Joshua M. Feasel (0090291)
Organ Cole llp
1330 Dublin Road
Columbus, Ohio 43215
614.481.0900
614.481.0904 (f)
sjorgan@organcole.com
cmlymanstall@organcole.com
jmfeasel@organcole.com

*Attorneys for Defendant Macey Zambori*

/s/ Bartholomew T. Freeze
Bartholomew T. Freeze (0086980)
FREUND FREEZE & ARNOLD
Capitol Square Office Building
65 E. State Street, Suite 800
Columbus, OH 43215-4247
P: (614) 827-7300;
F: (614) 827-7303

/s/ Jordan E. O'Connell
Aneca E. Lasley (0072366)
aneca.lasley@squirepb.com
Eleanor M. Hagan (0091852)
(*pro hac vice*)
eleanor.hagan@squirepb.com
Jordan E. O'Connell (0097126)
*(pro hac vice)*
jordan.oconnell@squirepb.com
SQUIRE PATTON BOGGS (US) LLP
2000 Huntington Center
41 South High Street Columbus, Ohio 43215
Telephone: +1 614 365 2700
Facsimile: +1 614 365 2499

*Attorneys for Defendant Mackenzie Dickerson*

bfreeze@ffalaw.com

*Counsel for Defendant Mark K. Neal*

## **CERTIFICATE OF SERVICE**

    A copy of the foregoing Joint Status Report was electronically filed with the Court and served via the CM/ECF system and U.S. mail upon all counsel of record on January 11, 2019.

                                              */s/ David T. Ball*
                                              David T. Ball