IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JASON SCHAUMLEFFEL,

      Plaintiff,

                                     Civil Action 2:17-cv-463
v.                              Judge George C. Smith
                                     Magistrate Judge Jolson

MUSKINGUM UNIVERSITY, et al.,

      Defendants.

## ORDER

This matter is before the Court on Defendant and Counterclaim-Plaintiff Mackenzie Dickerson's Motion to Hold a Scheduling Conference and Reopen Discovery.  (Doc. 73).  The parties are hereby **ORDERED** to meet and confer and submit a proposed scheduling order to the Court no later than March 11, 2019.  Upon receipt the Undersigned will conclude whether a status conference is necessary.

      IT IS SO ORDERED.

Date: March 4, 2019                              /s/ Kimberly A. Jolson
                                                      KIMBERLY A. JOLSON
                                                      UNITED STATES MAGISTRATE JUDGE