UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JASON SCHAUMLEFFEL, | ) |
| Plaintiff, | ) Case No. 2:17-CV-463 |
| v. | ) |
| MUSKINGUM UNIVERSITY, *et al.*, | ) Judge: George Smith |
| Defendants. | ) Magistrate Judge: Kimberly Jolson |

## JOINT PROPOSED SCHEDULING ORDER

Pursuant to the Court's Order of March 4, 2019 (ECF 74) directing the Parties to submit a proposed scheduling order to the Court, now come the Parties and jointly propose as follows:

All discovery shall be completed by September 9, 2019. For purposes of complying with this Order, all parties shall schedule their discovery in such a way as to require all responses to discovery to be served prior to the cut-off date, and shall file any motions relating to discovery within the discovery period unless it is impossible or impractical to do so. If the parties are unable to reach an agreement on any matter related to discovery, they are directed to arrange a conference with the Court.

Any proposed protective order or clawback agreement shall be filed with the Court by April 5, 2019. A Word version of the proposed protective order should be sent *tojolson_chambers@ohsd.uscourts.gov,* and any provision related to sealing must comply with S.D. Ohio Civ. R. 5.2.1.

## DISPOSITIVE MOTIONS

Any dispositive motion shall be filed by January 13, 2020.

Defendant Mark Neal's Reply in Support of his Motion for Judgment on the Pleadings is due on April 19, 2019.

## EXPERT TESTIMONY

The parties anticipate that expert testimony will be offered on issues of liability and damages.  For the reasons stated at the conference, the two are bifurcated as follows:

Liability Experts:  Primary expert reports must be produced by October 5, 2019; and rebuttal expert reports be produced by November 5, 2019.

Damages Experts:  The Court will hold a telephonic status conference on February 24, 2020, at 10:00 a.m. to discuss damages experts.  The parties shall join together on one line and call the Court (614.719.3470).

## SETTLEMENT

Plaintiff-Counterclaim Defendant shall make a settlement demand by August 3, 2019. Defendants-Counterclaimants shall respond by September 9, 2019.  The parties agree to make a good faith effort to settle this case.  The parties understand that this case will be referred to an attorney mediator, or to the Magistrate Judge, for a settlement conference during this Court's October 2019 settlement week.  In order for the conference to be meaningful, the parties agree to complete all discovery that may affect their ability to evaluate this case prior to the beginning of settlement week.  The parties understand that they will be expected to comply fully with the settlement week orders which require *inter alia* that settlement demands and offers be exchanged prior to the conference and that principals of the parties attend the conference.

Respectfully submitted,

*s/David T. Ball*
Eric J. Rosenberg
erosenberg@rosenbergball.com
David T. Ball
ROSENBERG & BALL CO. LPA
395 North Pearl Street
Granville, Ohio 43023
Telephone: +1 740 644 1027
Facsimile: + 1 866 498 0811

*Attorneys for Plaintiff*

*s/John Kevin West*
John Kevin West
kevin.west@steptoe-johnson.com
Nelva J. Smith
STEPTOE & JOHNSON PLLC
Huntington Center, Suite 2200
41 S. High Street
Columbus, Ohio 43215
Telephone: +1 614 221 5100
Facsimile: +1 614 221 0952

James H. Newberry, Jr.
jim.newberry@steptoe-johnson.com
STEPTOE & JOHNSON PLLC
2525 Harrodsburg Road, Suite 300
Lexington, Kentucky 40504
Telephone: +1 859 219 8200
Facsimile: +1 859 255 6903

*Attorneys for Defendant Muskingum University*

*s/Carrie M. Lymanstall*
Shawn J. Organ
sjorgan@organcole.com
Carrie M. Lymanstall
Joshua M. Feasel
ORGAN COLE LLP
1330 Dublin Road
Columbus, Ohio 43215
Telephone: + 1 614 481 0900
Facsimile: + 1 614 481 0904

*Attorneys for Defendant Macey Zambori*

*s/Aneca E. Lasley*
Aneca E. Lasley (0072366)
aneca.lasley@squirepb.com
SQUIRE PATTON BOGGS (US) LLP
2000 Huntington Center
41 South High Street
Columbus, Ohio 43215
Telephone: +1 614 365 2700
Facsimile: +1 614 365 2499

Eleanor M. Hagan (0091852)
*(pro hac vice)*
Jordan E. O'Connell (0097126)
*(pro hac vice)*
eleanor.hagan@squirepb.com
jordan.oconnell@squirepb.com
SQUIRE PATTON BOGGS (US) LLP
4900 Key Tower
127 Public Square
Cleveland, Ohio 44114
Telephone: + 1 216 479 8500
Facsimile: + 1 216 479 8780

*Attorneys for Defendant/Counterclaimant Mackenzie Dickerson*

*s/Bartholomew T. Freeze*
Bartholomew T. Freeze
FREUND FREEZE & ARNOLD
65 E. State Street, Suite 800
Columbus, Ohio 43215
Telephone: + 1 614 827 7300
Facsimile: + 1 614 827 6567

*Attorney for Defendant Mark K. Neal*

## CERTIFICATE OF SERVICE

It is hereby certified that a true and complete copy of the foregoing Joint Proposed Scheduling Order was served on parties and counsel of record via the Court's CM/ECF Filing System, this 11th day of March, 2019.

*s/Aneca E. Lasley*
Aneca E. Lasley
