UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JASON SCHAUMLEFFEL,

      Plaintiff,

-v-                                                  Case No.: 2:17-cv-463
                                                      JUDGE GEORGE C. SMITH
                                                      Magistrate Judge Jolson

MUSKINGUM UNIVERSITY, *et al.*,

      Defendants.

## ORDER

      This matter was stayed on October 15, 2018 pursuant to the parties' Joint Motion to Stay to allow the parties to discuss settlement. (Doc. 69). Technically that stay was never lifted. However, the parties agreed in their Joint Status Report to lift the stay on discovery. The Court entered a Scheduling Order on March 12, 2019. (Doc. 76). Prior to the expiration of some of the deadlines set forth in that Scheduling Order, including the discovery deadline and dispositive motions deadline, Plaintiff Jason Schaumleffel filed a Notice of Bankruptcy Stay under Chapter 13. (Doc. 93). The bankruptcy matter is still open, however, final closure is forthcoming. Due to the counterclaims filed against Plaintiff, this matter is hereby stayed pursuant to Section 362 of the Bankruptcy Code (11 U.S.C. 362).

      The parties shall notify the Court immediately upon resolution of the bankruptcy proceedings so that a new case management schedule can be established.

      **IT IS SO ORDERED.**

                                                    */s/ George C. Smith*
                                                   **GEORGE C. SMITH, JUDGE**
                                                   **UNITED STATES DISTRICT COURT**