# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| JASON SCHAUMLEFFEL | : | |
|     Plaintiff, | : | Case No. 2:17-cv-463 |
| | : | |
| vs. | : | Judge George C. Smith |
| | : | Magistrate Judge Kimberly A. Jolson |
| MUSKINGUM UNIVERSITY, et al. | : | |
|     Defendant. | : | |

## NOTIFICATION OF LIFTING OF STAY RELATED TO STAY ISSUED PURSUANT TO FEDERAL BANKRUPTCY CODE

On the 22nd day of August 2019, Plaintiff, Jason Schaumleffel, filed with the clerk of the United States Bankruptcy Court for the Southern District of Ohio, Eastern Division, at Columbus, Ohio, a voluntary petition under Chapter 13 of the United States Bankruptcy Code. The matter was been assigned Case No. 19-55411. An order granting Plaintiff's voluntary dismissal of his bankruptcy petition was issued on January 8, 2020. Therefore, pursuant to this Court's January 29, 2020 entry, Plaintiff requests a new case management schedule be established.

Respectfully submitted,

*/s/ Eric Rosenberg*
Eric J. Rosenberg (Ohio Bar #0069958)
David T. Ball (Ohio Bar #0078885)
Rosenberg & Ball Co. LPA
395 North Pearl Street
Granville, OH 43023
Telephone: (614) 316-8222
Fax: (866) 498-0811
E-mail: erosenberg@rosenbergball.com
dball@rosenbergball.com
*Attorneys for Plaintiff Jason Schaumleffel*

## CERTIFICATE OF SERVICE

I certify that on January 29, 2020, I filed this court filing with the Clerk of Court using the CM/ECF system which will send notification of the filing to all counsel of record.

*/s/ Eric Rosenberg*
Eric J. Rosenberg (Ohio Bar #0069958)