IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JASON SCHAUMLEFFEL,

        Plaintiff,

        v.

MUSKINGUM UNIVERSITY, et al.,

        Defendants.

Civil Action 2:17-cv-463
Judge George C. Smith
Magistrate Judge Jolson

## ORDER

Pursuant to the Court's directive, the parties submitted a Joint Proposed Scheduling Order on February 7, 2020.  (Doc. 97).  The Court **HEREBY ADOPTS** the case schedule set forth in that proposed order.  Accordingly, the case schedule is modified as follows:

- All discovery must be complete by: March 27, 2020;
- All depositions must be complete between March 16 and March 27, 2020;
- Primary Expert Reports must be produced by: May 8, 2020;
- Rebuttal Expert Reports must be produced by: June 5, 2020;
- Any Dispositive Motions must be filed by August 7, 2020; and
- Plaintiff-Counterclaim Defendant shall make a settlement demand by April 3, 2020, to which Defendants-Counterclaimants shall respond by April 17, 2020.

Further, the parties agree to make a good faith effort to settle this case and will participate in mediation in May 2020.  (Doc. 97 at 2).

IT IS SO ORDERED.


Date:  February 10, 2020                     /s/ Kimberly A. Jolson
                                             KIMBERLY A. JOLSON
                                             UNITED STATES MAGISTRATE JUDGE