UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JASON SCHAUMLEFFEL, | ) |
| Plaintiff, | ) Case No. 2:17-CV-463 |
| v. | ) |
| | ) Judge: George Smith |
| MUSKINGUM UNIVERSITY, *et al.*, | ) |
| | ) Magistrate Judge: Kimberly Jolson |
| Defendants. | ) |

**JOINT MOTION TO SUBMIT A STATUS REPORT**

In light of continuing public health emergency related to the COVID-19 pandemic, the parties in this matter have met and conferred and jointly request that the Court issue an order directing the parties to submit a status report to the Court by May 15, 2020 concerning future scheduling in the case.

With the continued uncertainty regarding when the public health situation in our state will improve so that the Stay at Home Order in Ohio may be lifted (which Order hinders counsel and the parties' abilities to complete depositions and discovery in this matter), the parties have concluded they are unable to present dates to the Court on how to complete the case at this time. Instead, the parties jointly request they submit a status report to the Court on May 15, 2020. The parties are, and continue, to discuss discovery and engage in other discussions during this time. Counsel are also happy to provide the Court with an update via telephone if the Court prefers.

WHEREFORE, the Parties respectfully request the Court enter an order (1) vacating the Court's order to submit a proposed scheduling order by April 13, 2020 and (2) requiring the parties

- 2 -

to submit a status report no later than May 15, 2020.  A Microsoft Word-version of a proposed order will be concurrently submitted to Chambers at Jolson_Chambers@ohsd.uscourts.gov.

Respectfully submitted,

<div style="display:flex">
<div>

*s/David T. Ball*
Eric J. Rosenberg
erosenberg@rosenbergball.com
David T. Ball
ROSENBERG & BALL CO. LPA
395 North Pearl Street
Granville, Ohio  43023
Telephone:  +1 740 644 1027
Facsimile:  + 1 866 498 0811

*Attorneys for Plaintiff*

*s/Carrie M. Lymanstall*
Shawn J. Organ
sjorgan@organlegal.com
Carrie M. Lymanstall
Joshua M. Feasel
ORGAN LAW LLP
1330 Dublin Road
Columbus, Ohio  43215
Telephone:  + 1 614 481 0900
Facsimile:   + 1 614 481 0904

*Attorneys for Defendant Macey Zambori*

</div>
<div>

*s/Eleanor M. Hagan*
Aneca E. Lasley (0072366)
aneca.lasley@squirepb.com
SQUIRE PATTON BOGGS (US) LLP
2000 Huntington Center
41 South High Street
Columbus, Ohio  43215
Telephone: +1 614 365 2700
Facsimile: +1 614 365 2499

Eleanor M. Hagan (0091852)
*(pro hac vice)*
Jordan E. O'Connell (0097126)
*(pro hac vice)*
eleanor.hagan@squirepb.com
jordan.oconnell@squirepb.com
SQUIRE PATTON BOGGS (US) LLP
4900 Key Tower
127 Public Square
Cleveland, Ohio 44114
Telephone: + 1 216 479 8500
Facsimile: + 1 216 479 8780

*Attorneys for Defendant/Counterclaimant Mackenzie Dickerson*

*s/Bartholomew T. Freeze*
Bartholomew T. Freeze
FREUND FREEZE & ARNOLD
65 E. State Street, Suite 800
Columbus, Ohio  43215
Telephone: + 1 614 827 7300
Facsimile: + 1 614 827 6567

*Attorney for Defendant Mark K. Neal*

</div>
</div>

## CERTIFICATE OF SERVICE

It is hereby certified that a true and complete copy of the foregoing was served on parties and counsel of record via the Court's CM/ECF Filing System, this 13th day of April, 2020.

<div style="text-align: right;">

*s/Eleanor M. Hagan*
Eleanor M. Hagan

</div>