# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| JASON SCHAUMLEFFEL, | : |
| Plaintiff, | : Case No.: 2:17-CV-463 |
| v. | : Judge Sarah D. Morrison |
| MUSKINGUM UNIVERSITY, *et al.* | : Magistrate Judge Jolson |
| Defendants. | : |

## ORDER

The Court hereby lifts the settlement stay (ECF No. 69) in its entirety. The Court also lifts the bankruptcy stay (ECF No. 94) pursuant to Plaintiff Jason Schaumleffel's Notice of Voluntary Dismissal of his bankruptcy. (ECF No. 95.)

The Court will address the pending Motion for Judgment on the Pleadings (ECF No. 59) in due course. The parties are **ORDERED** to jointly notify the Court immediately via e-mail to Amy_Vogel@ohsd.uscourts.gov if a ruling on that filing is no longer necessary.

The May 15, 2020 status report deadline is firm and will not be extended. That status report shall address jurisdictional concerns set forth in the parties' January 11, 2019 Joint Status Report. (ECF No. 71.)

**IT IS SO ORDERED**.

/s/ Sarah D. Morrison
**SARAH D. MORRISON**
**UNITED STATES DISTRICT JUDGE**